

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 10 2015

TYLER TEXAS
PAM ESTES, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/10/2015**
**DAVIS, ROXANNE YVETTE   Tr. Ct. No. 241-1149-14**                **PD-1303-15**
I have this day received and filed the Appellant's Motion for Rehearing in the above-styled and numbered cause. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *